# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| Plaintiff, | |
| **v.** | |
| **(1)  DISCOVER FINANCIAL SERVICES.;**<br>**(2)  ELECTRONIC ARTS, INC.;**<br>**(3)  HOME DEPOT, INC.;**<br>**(4)  LOWE'S COMPANIES, INC.;**<br>**(5)  MCDONALD'S CORP.;**<br>**(6)  MONEYGRAM INT'L, INC.;**<br>**(7)  NEWS CORP.;**<br>**(8)  RECREATIONAL EQUIPMENT, INC.;**<br>**(9)  SEARS HOLDING CORP.;**<br>**(10) SIMON PROPERTY GROUP, INC.;**<br>**(11) STARBUCKS CORP.;**<br>**(12) TARGET CORP.;**<br>**(13) THE GAP, INC.;**<br>**(14) THE SPORTS AUTHORITY, INC.;**<br>**(15) TJX COMPANIES, INC.;**<br>**(16) YUM! BRANDS, INC.;**<br>**(17) ZYNGA GAME NETWORK, INC.;**<br>**(18) ACE CASH EXPRESS, INC.;**<br>**(19) BRINKER INT'L, INC.; and**<br>**(20) DARDEN RESTAURANTS, INC.,** | **CIVIL ACTION NO. 2:10-cv-177**<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff Actus, LLC ("Actus") hereby discloses, by

and through its undersigned counsel, that it is a limited liability company.  No parent or publicly

held corporation owns 10% or more of Actus' stock.

[2]

Dated: June 1, 2010                                    Respectfully submitted,


                                                       /s/ William E. Davis, III
                                                       William E. Davis, III
                                                       TX State Bar No. 24047416

                                                       **THE DAVIS FIRM P.C.**
                                                       111 W. Tyler St.
                                                       Longview, TX 75601
                                                       Telephone: (903) 230-9090
                                                       Facsimile: (903) 230-9661
                                                       bdavis@bdavisfirm.com

                                                       **ATTORNEY FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 1st day of June, 2010.

                                                       /s/ William E. Davis, III
                                                       William E. Davis, III